## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMEERA SHAHEED and EARL DICKERSON,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, FIRST STATE TOWING, LLC and CITY TOWING SERVICES, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-01333 CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT AND BRIEFING SCHEDULE

It is hereby stipulated by and between the parties, subject to the Court's approval, that the Defendants in the above referenced matter shall answer, move, or otherwise plead to Plaintiffs' Complaint in the above referenced matter on November 29, 2021. If a Motion with Opening Brief is filed in lieu of an Answer, then an Answering Brief will be due on or before December 29, 2021, with a Reply Brief being due on or before January 13, 2022.

| **CITY OF WILMINGTON LAW DEPARTMENT** | **SHAW KELLER LLP** |
|---|---|
| /s/ Rosamaria Tassone-DiNardo<br>Rosamaria Tassone-DiNardo (#3546)<br>Deputy City Solicitor<br>Laura Najemy (#6189)<br>Senior Assistant City Solicitor<br>Louis L. Redding City/County Bldg.<br>800 N. French Street, 9th Floor<br>Wilmington, Delaware 19801<br>(302) 576-2175<br>rtassone@wilmingtonde.gov<br>lnnajemy@wilmingtonde.gov<br>*Attorneys for Defendant City of Wilmington* | /s/ John W. Shaw<br>John W. Shaw, Esquire (#3362)<br>I.M. Pei Building<br>1105 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br><br>Robert E. Johnson, Esquire<br>Institute for Justice<br>16781 Chagrin Blvd., #256<br>Shaker Heights, OH 44120<br>(703) 682-9320 |

DATE: November 12, 2021

W0115839.

*Shaheed, et al., v. City of Wilmington, et al.,*
**C.A. No. 21-01333 (CFC)**

## JOINT STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT AND BRIEFING SCHEDULE (Cont.)

**JOSEPH W. BENSON, P.A.**

/s/ Andrew G. Ahern
Joseph Benson, Esquire (#196)
Andrew G. Ahern III, Esquire (#2083)
1701 N. Market Street
P.O. Box 248
Wilmington, DE 19899
(302) 656-8811
*aahern@jwbpa.com*
*Attorneys for Defendant City Towing Services, LLC*

DATE:  November 12, 2021

William Aronin, Esquire
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
*Attorneys for Plaintiffs*

DATE: November 12, 2021

**FERRY JOSEPH , P.A.**

/s/ David J. Ferry, Jr.
David J. Ferry, Jr., Esquire (#2149)
Rick S. Miller (#3418)
James Gaspero (#5893)
824 N. Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555
dferry@ferryjoseph.com
*Attorney for First State Towing*

DATE: November 12, 2021

**SO ORDERED,** this _____ day of _____, 2021.

_____
United States District Judge

W0115839.{