IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMEERA SHAHEED and EARL DICKERSON, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-1333-CFC |
| CITY OF WILMINGTON, FIRST STATE TOWING, LLC and CITY TOWING SERVICES, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER SETTING RULE 16(b) CONFERENCE

1.   A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Thursday, February 17, 2022 at 10:30 a.m.** Counsel for Plaintiffs shall coordinate the call and email the dial-in information to chambers at cfc_civil@ded.uscourts.gov.

2.   The parties shall confer about scheduling and discovery limitations, and attempt to reach agreement.  The parties shall use as a basis for discussion the Court's "Rule 16 Scheduling Order for Non-Patent Cases" **(revised on March 2, 2020),** available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using the "Rule 16 Scheduling Order for Non-Patent Cases" form.  If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

3.   The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

12-8-21
_____
Date

_____
Chief Judge