# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMEERA SHAHEED and<br>EARL DICKERSON,<br><br>      Plaintiffs,<br><br>    v.<br><br>CITY OF WILMINGTON,<br>FIRST STATE TOWING, LLC and<br>CITY TOWING SERVICES, LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 1:21-cv-01333 CFC<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT CITY OF WILMINGTON'S ANSWER TO DEFENDANT CITY TOWING SERVICES, LLC'S CROSS-CLAIM

Defendant City of Wilmington, by and through undersigned counsel, answers the Crossclaims filed against the City of Wilmington by Defendant City Towing Services, LLC, as follows:

### CROSSCLAIM AGAINST DEFENDANT CITY OF WILMINGTON

235.- 247. The City has filed a Motion to Dismiss this Crossclaim.

### CROSSCLAIM FOR CONTRIBUTION

248. Denied that City Towing Services, LLC is entitled to contribution.

### CROSSCLAIM FOR INDEMMIFICATION

249. Denied.

## DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. Defendant City Towing Services, LLC fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2. Defendant City of Wilmington is immune from suit pursuant to 10 *Del. C.* § 4011.

### THIRD AFFIRMATIVE DEFENSE

3. Damages, if any, are limited pursuant to 10 *Del. C.* §4013.

### FOURTH AFFIRMATIVE DEFNSE

4. Defendant reserves the right to add, amend, clarify, or modify its defenses and answers to conform to such facts as may be revealed through discovery or otherwise.

WHEREFORE, the City of Wilmington moves that Defendant City Towing Services, LLC's Crossclaims be dismissed with prejudice and that costs and such

W0116110.

other relief as the Court deems appropriate be assessed against City Towing Services, LLC.

**CITY OF WILMINGTON LAW DEPT.**

 */s/ Laura Nastase Najemy*____
Laura Najemy (#6189)
Senior Assistant City Solicitor
Rosamaria Tassone-DiNardo, (#3546)
Deputy City Solicitor
Louis L. Redding City/County Bldg.
800 North French Street, 9th Fl.
Wilmington, DE 19801
(302) 576-2185
rtassone@wilmingtonde.gov
lnnajemy@wilmingtonde.gov

Dated:  December 20, 2021

W0116110.