IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMEERA SHAHEED and EARL DICKERSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-01333 CFC |
| CITY OF WILMINGTON, FIRST STATE TOWING, LLC and CITY TOWING SERVICES, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT CITY OF WILMINGTON'S MOTION TO DISMISS THE FIRST CROSSCLAIM OF FIRST STATE TOWING, LLC

Defendant City of Wilmington, through the undersigned counsel, hereby respectfully moves this Court to dismiss the First Crossclaim against it as asserted in Defendant First State Towing, LLC's Answer to the Complaint in the above referenced matter. The relief requested by this Motion is supported by the reasons set forth in Defendant's Opening Brief, filed herewith.

**CITY OF WILMINGTON LAW DEPT.**

/s/   *Laura Najemy*
Laura Najemy (#6189)
Senior Assistant City Solicitor
Rosamaria Tassone-DiNardo, (#3546)
Deputy City Solicitor
Louis L. Redding City/County Bldg.
800 North French Street, 9th Fl.
Wilmington, DE 19801
(302) 576-2175
rtassone@wilmingtonde.gov
lnnajemy@wilmingtonde.gov

Dated:  December 20, 2021

W0116082.