IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMEERA SHAHEED and EARL DICKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WILMINGTON, FIRST STATE TOWING, LLC, and CITY TOWING SERVICES, LLC,<br><br>Defendants. | Civil Action No. 21-1333-CFC |

## ORDER

At Wilmington this Fifteenth day of November in 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant City of Wilmington's Motion to Dismiss the Complaint (D.I. 15) is **GRANTED IN PART** and **DENIED IN PART**.

1. The Motion to Dismiss the Complaint is **GRANTED** with respect to Count II, Count III, Count IV, and Count V.

2. The Motion to Dismiss the Complaint is **DENIED** with respect to Count I and Count VI.

_____
CHIEF JUDGE