# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMEERA SHAHEED and EARL DICKERSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF WILMINGTON, FIRST STATE TOWING, LLC and CITY TOWING SERVICES, LLC,<br><br>*Defendants.* | C.A. No. 21-01333 CFC |

## NOTICE OF SERVICE

Please take notice that on May 19, 2023, a copy of **Defendant City of Wilmington's First Set of Requests for the Production of Documents Directed to Plaintiffs** were served on the following counsel of record via email:

>John W. Shaw, Esquire
>SHAW KELLER LLP
>I.M. Pei Building
>1105 North Market Street, 12th Floor
>Wilmington, DE  19801
>jshaw@shawkeller.com
>
>Robert E. Johnson, Esquire
>INSTITUTE FOR JUSTICE
>16781 Chagrin Blvd., #256
>Shake Heights, OH  44120
>rjohnson@ij.org

ME1 45015564v.1

William Aronin, Esquire
INSTITUTE FOR JUSTICE
901 N. Glebe Road, St. 900
Arlington, VA  22203
waronin@ij.org

David J. Ferry , Jr, Esquire
FERRY JOSEPH, P.A.
1521 Concord Pike
Brandywine Plaza West, St. 202
Wilmington, DE 19803
dferry@ferryjoseph.com

Joseph W. Benson, Esquire
Andrew G. Ahern , III
JOSEPH W. BENSON, ESQ.
1701 N. Market St.
P.O. Box 248
Wilmington, DE 19899
jbenson@jwbpa.com
aahern@jwbpa.com

|  |  |
|---|---|
| Dated:  May 19, 2023 | **MCCARTER & ENGLISH, LLP** |
|  | */s/ Chelsea A. Botsch* |
|  | Daniel J. Brown (#4688) |
|  | Steven P. Wood (#2309) |
|  | Chelsea A. Botsch (#6715) |
|  | Renaissance Centre |
|  | 405 N. King Street, 8th Floor |
|  | Wilmington, DE 19801 |
|  | (302) 984-6300 |
|  | djbrown@mccarter.com |
|  | swood@mccarter.com |
|  | cbotsch@mccarter.com |
|  | |
|  | *Attorneys for Defendant City of Wilmington* |