## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMEERA SHAHEED and EARL DICKERSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF WILMINGTON, FIRST STATE TOWING, LLC and CITY TOWING SERVICES, LLC,<br><br>*Defendants.* | C.A. No. 21-01333 CFC<br><br><br>**ORDER DISMISSING CIVIL ACTION AND RETAINING JURISDICTION OVER THE SETTLEMENT AGREEMENT** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and counsel for Defendants that this action, including all claims asserted in the Complaint and all claims and crossclaims asserted against Defendants, shall be and hereby is dismissed with prejudice and without fees or costs against any party, except as provided in the Settlement Agreement dated as of <u>December 16, 2024</u>.

The Court shall retain continuing and exclusive jurisdiction over the underlying action and over enforcing this Settlement Agreement, including jurisdiction over the Parties for the purpose of enforcing this Settlement Agreement. The Court shall retain continuing and exclusive jurisdiction to interpret, implement, administer and enforce the Settlement Agreement.

Dated: December 16, 2024

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **SHAW KELLER LLP** |
| */s/ Daniel J. Brown*<br>Daniel J. Brown (#4688)<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br><br>djbrown@mccarter.com | */s/ John Shaw*<br>John Shaw (#3362)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br><br>jshaw@shawkeller.com |

Adam N. Saravay
Nicole M. Virella
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 622-4444
asaravay@mccarter.com
nvirella@mccarter.com

*Attorneys for Defendant City of Wilmington*

**JOSEPH W. BENSON, P.A.**

*/s/ Joseph W. Benson*
Joseph W. Benson
Andrew G. Ahern, III
1701 North Market Street
P.O. Box 248
Wilmington, DE 19899
(302) 656-8811
aahern@jwbpa.com
jbenson@jwbpa.com

*Attorneys for Defendant City Towing*

-and-

**INSTITUTE FOR JUSTICE**

William R. Aronin
901 North Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
waronin@ij.org
agoodman@ij.org

Robert E. Johnson
16781 Chagrin Boulevard, #256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

*Attorneys for Plaintiffs*

**REGER RIZZO DARNALL LLP**

*/s/ Robert W. Small*
Robert W. Small
Scott L. Silar
Brandywine Plaza West
1521 Concord Pike, Suite 305 Wilmington, DE 19803
(302) 477-7100
ssilar@regerlaw.com
rsmall@regerlaw.com

*Attorneys for Defendant First State Towing*

SO ORDERED this 17TH day of December, 2024.

_____
Hon. Colm F. Connolly